**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN   DISTRICT OF NEW YORK (MANHATTAN DIVISON)

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 325 Greenwich Street LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 83-0990454 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| c/o Rudd Realty Management<br>641 Lexington Ave<br>New York, NY 10022 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | 325 Greenwich Street New York, NY 10013 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    325 Greenwich Street LLC                                                        Case number (*if known*)
     Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| Debtor | 325 Greenwich Street LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  __325 Greenwich Street LLC_____        Case number (*if known*) _____
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 10, 2026_____
               MM / DD / YYYY

X /s/  David Goldwasser_____        David Goldwasser_____
Signature of authorized representative of debtor        Printed name

Title    __Chief Restructuring Officer_____

**18. Signature of attorney**

X /s/ Kevin Nash_____        Date __April 10, 2026_____
Signature of attorney for debtor                    MM / DD / YYYY

Kevin Nash_____
Printed name

Goldberg Weprin Finkel Goldstein LLP_____
Firm name

125 Park Ave
New York, NY 10017-5690_____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  __knash@gwfglaw.com_____

1927656 NY_____
Bar number and State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 4

**Action By Written Consent of Manager of 325 Greenwich Street LLC**

**April 10, 2026**

The undersigned constituting the authorized signatory and Manager of 325 Greenwich Street LLC, a limited liability company organized under the laws of the State of New York (the "Company"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

**WHEREAS,** the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under Chapter 11 of Title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Southern District of New York for the Company (the "Bankruptcy Proceedings") is in the best interests of the Company and its creditors and stakeholders.

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that the undersigned has determined that it is in the best interests of the Company to commence the Bankruptcy Proceedings and the undersigned has obtained sufficient consent of the members of the Company to authorize the Bankruptcy Proceedings;

**RESOLVED FURTHER** that David Goldwasser (Chief Restructuring Officer), be, and is authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the law firm of Goldberg Weprin Finkel Goldstein LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Goldberg Weprin Finkel Goldstein LLP;

**RESOLVED FURTHER,** that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER,** that all of the acts and transactions taken by David Goldwasser in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such

acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

325 GREENWICH STREET LLC

By: _____

Joshua Greenberg
Authorized Signatory/Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11

325 Greenwich Street, LLC                                Case No.

                                Debtor.
-------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

David Goldwasser declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I have been engaged as the chief restructuring officer ("CRO") for 325 Greenwich Street, LLC (the "Debtor") charged with the responsibility of overseeing the Debtor's Chapter 11 case.  I have extensive experience in handling bankruptcy proceedings as a CRO.

2.      I foresee that my role as CRO will primarily involve leading the Debtor through a bankruptcy sale process in the face of a judgment in foreclosure obtained by Valley National Bank ("VNB") on September 29, 2025.

3.      My engagement as CRO complies or will comply with the Jay Alix Protocols, which ensure transparency and accountability in the engagement of restructuring professionals. My engagement was deemed necessary to bring experienced oversight to insure an orderly bankruptcy and sale process.

4.       I have reviewed the Debtor's legal and financial rcords, and I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of their Chapter 11 filing.

1

**Background**

5.      The Debtor is a New York limited liability company which owns a five (5) story mixed use building in Tribeca located at  325 Greenwich Street, New York, NY (the "Property"). The Debtor acquired the Property in January 2019 for a total purchase price of $7,300,000.

6.      The acquisition was funded by a combination of capital from Class A investors and mortgage financing provided by VBN in the principal amount of $4.8 million.  The financing was secured by a first mortgage lien against the Property.

7.      The Property contains 11,729 square feet of leasable space, occupied or previously occupied by four loft residential tenants and four commercial units.

8.      The Propeety is in the process of being emptied of residential tenants in anticipation of a sale pursuant to various buy-out agreements which are in varying stages of completion.

9.      VNB noticed a mortgage default based upon alleged non-payment of taxes in the sum of approximately $280,000 even though the Debtor had entered into a tax repayment agreement with the City of New York (the "City") on July 26, 2023.

10.     Thereafter, one of the managers (Frederick Rudd) died and VNB unnecessarily declared a default under a personal guaranty based upon the death of Mr. Rudd.

11.     VNB ultimately obtained the judgment of foreclosure and has noticed an auction sale for April 14, 2026.

12.     The Debtor intends to sell the Property and retained Avison Young as broker, which will be re-engaged in Chapter 11. The Debtor hopes to conclude the sale process within a period of four months and requested that VNB adjourn the foreclosure sale.  VNB declined to do so, prompting the Debtor to now seek protection under Chapter 11 of the Bankruptcy Code.

13.     The Debtor intends to continue efforts to sell the Property and hopes to obtain a stalking horse buyer.  If the Debtor does not designate a stalking horse, it shall nonetheless move to obtain approval of bid procedures and file a liquidating plan.

14.     In the interim, the Property is income producing and generates commercial rents which can be used to pay debt service.

**Local Rule 1007-4 Disclosures**

15.     Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the Petition.

16.     Pursuant to Local Rule 1007-4(a)(vi), a matrix of each Debtor's creditors is included as part of the Petition.

17.     Pursuant to Local Rule 1007-4(a)(vii), the Property is subject to a mortgage lien held by the VNB as described above.

18.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be forth in the bankruptcy schedules and statements to be filed within 14 days of the date hereof.

19.     Pursuant to Local Rule 1007-4(a)(ix), the membership interests of Debtor are set forth in the accompany schedule.

20.     Pursuant to Local Rule 1007-4(a)(x), no receiver or other custodian has been appointed to operate the Property, although a Referee has been appointed to conduct the state court foreclosure sale.

21.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located in New York City and have been made available to me.

22.     Pursuant to Local Rule 1007-4(a)(xiii), a list of lawsuits is being filed contemporaneously herewith.

3

23.     Pursuant to Local Rule 1007-4(a)(xiv), the Debtor has no current employees.  I am overseeing the Chapter 11 case on behalf of the Debtor as chief restructuring officer with compensation to be paid under a written agreement, subject to approval by the Bankruptcy Court.

Dated:   New York, New York
         April 10, 2026

/s/ David Goldwasser

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

325 Greenwich Street, LLC                                  Case No.

                        Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Please see the attached Schedule A.

Dated: New York, New York
     April 10, 2026

                   325 Greenwich Street, LLC


                   By:   /s/ David Goldwasser
                       Name: David Goldwasser
                       Title:  Chief Restructuring Officer

**325 Greenwich Street LLC**

**Schedule A**

| Investor | Address | Investment | Ownership |
|---|---|---|---|
| Frederick J. Rudd | 920 Park Avenue Apt 15A, New York, NY | $ 375,000.00 | 9.58% |
| Joshua Greenberg | 90 Bedford Street Apt 3A, New York, NY 10014 | $ 200,000.00 | 5.11% |
| Kim Greenberg | 920 Park Avenue Apt 15A, New York, NY | $ 275,000.00 | 7.02% |
| Howard Schechter | 61 Highland Avenue, Roslyn, NY 11576 | $ 50,000.00 | 1.28% |
| Valmede LLC (David Posner) | 28 West 69th Street, #2A, New York, NY 10023 | $ 25,000.00 | 0.64% |
| Schechter Girls 2010 Trust u/a/d 8/12/2010 | 61 Highland Ave, Roslyn, NY 11576 | $ 25,000.00 | 0.64% |
| Brigarro LLC c/o Meryl Serotta | 33 Lesley Drive, Syosset NY 11791 | $ 50,000.00 | 1.28% |
| BAM Properties (Avi Wacht) | 310 18th Street, Santa Monica CA 90402 | $ 100,000.00 | 2.55% |
| Wacht Living Trust dated 1/29/1982 | 310 18th Street, Santa Monica CA 90402 | $ 50,000.00 | 1.28% |
| Smith Kids, A California General Partnership | 9004 Meredith Place, Beverly Hills, CA 90210 | $ 200,000.00 | 5.11% |
| Marcia or Mark J. Smith Revocable Family Trust | 9004 Meredith Place, Beverly Hills, CA 90210 | $ 50,000.00 | 1.28% |
| Alexander Smith | 9004 Meredith Place, Beverly Hills, CA 90210 | $ 25,000.00 | 0.64% |
| Amanda Smith | 9004 Meredith Place, Beverly Hills, CA 90210 | $ 25,000.00 | 0.64% |
| Erin J Muskat | 211 North 5th Street #3B, Bk, NY 11211 | $ 25,000.00 | 0.64% |

| | | | |
|---|---|---|---|
| Alana M. Smith, A married Woman as her sole and separate property | 1425 North Detroit St #401, LA, CA 90046 | $ 25,000.00 | 0.64% |
| Alan Yellin and Carol Yellin as Co-Trustees of the Yellin Living Trust dated 1/7/1988 | 1332 Avenida de Cortez, Pacific Palisades CA 90272 | $ 50,000.00 | 1.28% |
| Richard Siegel & Janet Siegel Living Trust dated 11/17/1999 | 1368 Avenida de Cortez, Pacific Palisades CA 90272 | $ 50,000.00 | 1.28% |
| Mark I Epstein and Dana J. Symonds, trustees of the Epstein/Symonds Trust dated July 24, 2009 | 18315 Jared Drive, Tarzana CA 91356 | $ 50,000.00 | 1.28% |
| Larry Goldberg Trust Dated 7/23/2013 | 5115 Garrett Ct, Hidden Hills, CA 91302 | $ 50,000.00 | 1.28% |
| Alexander Brucker | 1332 Prospect Hill Road, Villinova, PA 19085 | $ 25,000.00 | 0.64% |
| Fali Rubinstein | 35 North Chutsworth Avenue, Apt 6M. Larchmont, NY 10538 | $ 100,000.00 | 2.55% |
| Rick Spaide | 530 East 72nd Street, New York NY 10021 | $ 50,000.00 | 1.28% |
| Dona Brucker | 18 Stoneleigh Close, Scarsdale, NY 10583 | $ 25,000.00 | 0.64% |
| Ben Brucker | 112 Walworth Ave, Scarsdale NY 10583 | $ 25,000.00 | 0.64% |
| Kevin Cross | 731 Eagle Farm Road, Villanova, PA 19085 | $ 200,000.00 | 5.11% |
| Dan Lepage | 17 Stoneleigh Close, Scarsdale, NY 10583 | $ 100,000.00 | 2.55% |
| Jesse Siegelman | 205 Water St, #5F, Brooklyn NY 11201 | $ 50,000.00 | 1.28% |
| Nicholas Willems | 5240 N Hollywood Ave, Whitefish Bay, WI 53217 | $ 50,000.00 | 1.28% |

| Name | Address | Amount | Percent |
|---|---|---|---|
| Elliot Glass | 8 Hillair Court, White Plains, NY 10605 | $ 50,000.00 | 1.28% |
| Jabran LLC & Margaret Gilbert TIC | 758 Verona Drive, Melville, NY 11747 | $ 50,000.00 | 1.28% |
| Steve Cohen & George Whitson TIC | 76 South Lewis Place, Rockville Centre, NY 11570  200 Dolphin Drive, Woodmere, NY 11598 | $ 50,000.00 | 1.28% |
| Akjan Ventures LLC (Kira  & Alan Copperman) | 55 West 73rd Street, NY NY 10023 | $ 50,000.00 | 1.28% |
| Sean Patrick Hester | 2 Bob Hill road, Pound Ridge, NY 10576 | $ 75,000.00 | 1.92% |
| Michael Stein | 125 West 31st St, Apt 57H, New York, NY 10001 | $ 25,000.00 | 0.64% |
| Andrea Stein | 14 Hobbs Road, Wayland MA 01778 | $ 12,500.00 | 0.32% |
| James Stein | 14 Hobbs Road, Wayland MA 01778 | $ 12,500.00 | 0.32% |
| Olliff Family Trust (Stacey Olliff) | 220 Oceano Drive, LA CA 90049 | $ 100,000.00 | 2.55% |
| Bruce Mandel | 12121 Wilshire Blvd Suite 1250, Los Angeles CA 90025 | $ 100,000.00 | 2.55% |
| Lee Silver as Trustee of the Silver Family Trust UAD 2/5/1990 | 265 South Oakhurst Drive, Beverly Hills | $ 50,000.00 | 1.28% |
| Michael Herbst | 336 Folly Island Court, Wilmington NC 28411 | $ 50,000.00 | 1.28% |
| Bekat Realty LLC | 239 Central Park West Apt 9B, New York, NY 10024 | $ 280,000.00 | 7.15% |
| LenSam Brooklyn LLC (Lenny Chu) | 16 West 23rd Street, 2nd Floor, New York, NY 10010 | $ 280,000.00 | 7.15% |
| Fieldglens Investments Inc. (Howard Smuschkowitz) | 163 Cartwright Avenue, Toronto, Ontario M6A-IV5 | $ 280,000.00 | 7.15% |

| | | | | |
|---|---|---|---|---|
| Jordan and Jessica Wacht Living Trust dated July 25th 2011 | 310 18th Street, Santa Monica CA 90402 | $ | 25,000.00 | 0.64% |
| Michael & Jessica Wacht c/o Abraham Wacht | 310 18th Street, Santa Monica CA 90402 | $ | 25,000.00 | 0.64% |
| Steven & Judy Herbst | 1933 Lunar Lane, Wilmington NC 28405 | $ | 50,000.00 | 1.28% |
| Marty Hanna | 2 Bayard Street #5A, Brooklyn NY 11211 | $ | 25,000.00 | 0.64% |
| | | $ 3,915,000.00 | | 100.00% |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                          Chapter 11

325 Greenwich Street, LLC                                       Case No.

                        Debtor.

----------------------------------------------------------------x

## LIST OF LAWSUITS

1.    Valley National Bank v. 325 Greenwich Street LLC et al.
      Index No. 850452/2023
      Supreme Court, New York County
      Foreclosure Action

      Attorneys for the Plaintiff:
      Zeichner Ellman & Krause LLP
      Steven S. Rand, Esq.
      Daniel Park, Esq.
      1211 Avenue of the Americas
      New York, NY 10036

Dated:  New York, New York
        April 10, 2026

                                325 Greenwich Street, LLC


                                By:    /s/ David Goldwasser
                                       Name:  David Goldwasser
                                       Title:   Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                    Chapter 11

325 Greenwich Street, LLC                                      Case No.

                              Debtor.
-------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, 325 Greenwich Street, LLC

certifies that it is a private non-governmental party, and has no corporate parent, affiliates

and/or subsidiaries which are publicly held.

Dated: New York, New York
       April 10_, 2026

                                        325 Greenwich Street, LLC


                              By:    /s/ David Goldwasser
                                     Name:  David Goldwasser
                                     Title:   Chief Restructuring Officer

# United States Bankruptcy Court
## Southern  District of New York (Manhattan Divison)

In re   325 Greenwich Street LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 10, 2026                        /s/  David Goldwasser

David Goldwasser/Chief Restructuring Officer
Signer/Title

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


NYC Dep't of Finance
Legal Affairs, Collection Unit
375 Pearl St Apt 30
New York, NY 10038-1442


NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601


NYS Attorney General
28 Liberty St
New York, NY 10005-1400


NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205


The City of New York
Department of Finance
59 Maiden Lane
New York, NY 10038


Valley National Bank
c/o Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036